# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19-CR-2099-GPC |
|---|---|
| v. | **ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS** |
| VICTOR HIROSHIMA SANCHEZ-NARABE, | |
| Defendant | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the information shall be dismissed against Victor Hiroshima Sanchez-Narabe without prejudice.

IT IS FURTHER ORDERED bond is exonerated. Defense Counsel shall prepare an order to disburse funds or release collateral.

IT IS SO ORDERED.

Dated: July 11, 2019

Hon. Gonzalo P. Curiel
United States District Judge